USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RESIDEO TECHNOLOGIES, INC., et al.,

            Plaintiffs,

-against-

SKYBELL TECHNOLOGIES, INC.,

           Defendant.

23-cv-4295 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The February 1, 2024 in-person Initial Pretrial Conference will take place at 10:30 AM.

**SO ORDERED.**

Date:  November 28, 2023
         New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**