IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDEO TECHNOLOGIES INC. AND ADEMCO INC., | Case No. 1:23-cv-04295 |
| Plaintiffs, | |
| v. | |
| SKYBELL TECHNOLOGIES INC., | |
| Defendant. | |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned case be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), including all of Plaintiffs' claims with prejudice and all of Defendant's counterclaims without prejudice, with each party to bear its own fees and costs.

Dated:   February 13, 2024       **GREENE ESPEL PLLP**

_____
Mark L. Johnson (*pro hac vice*)
Jeya Paul (*pro hac vice*)
Sybil L. Dunlop, (*pro hac vice*)
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
mjohnson@greeneespel.com
jpaul@greeneespel.com
sdunlop@greeneespel.com
(612) 373-0830

-and-
Neil L. Sambursky (NLS-8520)
PILLINGER MILLER TARALLO, LLP
1140 Franklin Avenue Suite 214
Garden City, NY 11530
(516) 408-5388

**ATTORNEYS FOR PLAINTIFFS/COUNTERCLAIM-DEFENDANTS RESIDEO TECHNOLOGIES INC. AND ADEMCO INC.**

*[signature]*

Nolan E. Shanahan
nshanahan@coleschotz.com
**COLE SCHOTZ P.C.**
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Telephone: 212-752-8000
Fax: 212-752-8393

Gary R. Sorden (*Pro Hac Vice Forthcoming*)
Texas Bar No. 24066124
gsorden@coleschotz.com

Vishal Patel (*admitted Pro Hac Vice*)
Texas Bar No. 24065885
vpatel@coleschotz.com

**COLE SCHOTZ P.C.**
901 Main Street
Suite 4120
Dallas, Texas 75202
Telephone: 469-557-9390
Fax: 469-533-1587

**ATTORNEYS FOR
DEFENDANT / COUNTERCLAIMANT
SKYBELL TECHNOLOGIES INC.**